```
1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - STATE BAR NO. 146904
2  PETER E. SCHNAITMAN - STATE BAR NO. 218982
   TAE-YOON KIM – STATE BAR NO. 209934
3  1000 Wilshire Blvd., Suite 1800
   Los Angeles, CA 90017-2475
4  Telephone:  (213) 430-3400
   Facsimile:  (213) 430-3409
5  michael.zellers@tuckerellis.com
   peter.schnaitman@tuckerellis.com
6  tae.kim@tuckerellis.com
7
   Attorneys for Defendants
8  PFIZER INC., PHARMACIA
   CORPORATION, and MONSANTO
9  COMPANY (the Monsanto Company
   now known as Pharmacia Corporation)
10
```

FILED
FEB 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN COPLIN, individually and on behalf of the estate of ROBERT COPLIN, and as next of kin for BRIANNA JEAN COPLIN, a minor and BILLY CHRISTOPHER COPLIN, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION (aka PHARMACIA PHARMACEUTICAL CORPORATION), MONSANTO CO.,<br><br>    Defendants. | Case No. C-05-4823-MJJ<br><br>**STIPULATION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE**<br><br>[FILED CONCURRENTLY WITH DECLARATION OF TAE-YOON KIM IN SUPPORT OF STIPULATION] |

    Come now the parties, by and through counsel, and for good cause shown, stipulate to continue the Scheduling Conference presently set for February 28, 2006, at 2:00 p.m.

---

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE

LAimanage / 28762 / 00072 / 568416 / 1 /

1  This lawsuit involves allegations that the Plaintiffs were injured as a result
2  of the ingestion of Defendants' pharmaceutical product, Celebrex®, which is a
3  nonsteroidal anti-inflammatory drug and a selective COX-2 inhibitor. Celebrex®
4  is currently the subject of a substantial amount of litigation throughout the United
5  States in both federal and state courts. The parties met and conferred regarding the
6  status of the action and the status of the litigation regarding Celebrex® across the
7  country.

8  As grounds for this continuance, the parties would show this action is likely
9  to be transferred to Multidistrict Litigation ("MDL") Proceeding Docket No. 1699,
10 *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability*
11 *Litigation.* MDL-1699 has been established by the Judicial Panel on Multidistrict
12 Litigation ("JPML") in the Northern District of California before the Honorable
13 Charles R. Breyer to coordinate all product liability cases involving alleged health
14 risks from Bextra® and/or Celebrex®.

15 Given the state of these proceedings, Plaintiffs and Defendants request a
16 continuation of the presently scheduled February 29, 2006 scheduling conference
17 and a further stay of all proceedings pending likely transfer of this case.

18 DATED: February 23, 2006        ALEXANDER HAWES & AUDET LLP
                                    THE SCHMIDT FIRM

                                    By: _____
                                        Adel A. Nadji

                                    Attorneys for Plaintiffs
                                    GRETCHEN COPLIN, *et al.*

25 DATED: February 23, 2006        TUCKER ELLIS & WEST LLP

                                    By: _____
                                        Tae-Yoon Kim
                                    Attorneys for Defendants
                                    PFIZER INC., *et al.*

2.
STIPULATION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE

LAimanage / 28762 / 00072 / 568416 / 1 /

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2/27/2006
DATE

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475