1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Gretchen Coplin

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                              )  **CASE NO. C05-4823 (CRB)**
    **IN RE: BEXTRA AND CELEBREX**              )
14  **MARKETING SALES PRACTICES AND**           )  **MDL NO. 1699**
    **PRODUCT LIABILITY LITIGATION**            )  **District Judge: Charles R. Breyer**
15  _____         )
                                                )
16  GRETCHEN COPLIN, individually and           )
17  on behalf of ROBERT COPLIN,                 )  **STIPULATION AND ORDER OF**
    deceased,                                   )  **DISMISSAL WITH PREJUDICE**
18                                              )
                                                )
19             Plaintiff,                       )
                                                )
20  vs.                                         )
                                                )
21                                              )
    G.D. SEARLE, et al.,                        )
22                                              )
                                                )
23             Defendants.                      )
    _____         )
24

25

26  Come now the Plaintiffs, **GRETCHEN COPLIN, individually and on behalf of**

27  **ROBERT COPLIN, deceased** and Defendants, by and through the undersigned attorneys,

28

                                -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42531961.1

1   pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

2   this action **with prejudice** with each side bearing its own attorneys' fees and costs.

3

4

5   DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                     By: Mark P. Robinson, Jr.

7                                         MARK P. ROBINSON, JR.
                                          Attorneys for Plaintiff Gretchen Coplin
8

9   DATED: Oct. 22 , 2009             DLA PIPER LLP (US)

10
                                      By: /s/
11                                        Matt Holian
                                          Attorneys for Defendants
12

13

14  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
15  **IT IS SO ORDERED.**

16
    Dated: OCT 2 8 2009
17
                                          Hon. Charles R. Breyer
18                                        United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1